

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2018

No. 04-18-00373-CV

Robert **ZAYAS** dba Clinic Services Providers P.A.,
Appellants

v.

Dolly R. **DENSON**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI16539
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

A filing fee of $205.00 was due when appellant filed his notice of appeal, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). The clerk of this court notified appellant by letter the filing fee was due by June 21, 2018. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We therefore **ORDER** appellant must either (1) pay the filing fee or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily **by July 9, 2018**, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Irene Rios, Justice


       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court